UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GAIL L. ALLEN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:17-cv-1154
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## ORDER

On November 20, 2018, the Magistrate Judge issued a Report and Recommendation in which she recommended reversing the Commissioner and remanding this case. (ECF No. 17.) The time for objecting has passed and no objection was filed. For the reasons stated in the Report and Recommendation, this Court **REVERSES** the Commissioner of Social Security's non-disability finding and **REMANDS** this case to the Commissioner and the ALJ under Sentence Four of § 405(g) for further consideration consistent with the Magistrate Judge's Report and Recommendation, which this Court hereby **ADOPTS**.

**IT IS SO ORDERED.**

12-17-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE